No. 82–1107. PARKS, AN INDIVIDUAL, AND AS NATURAL MOTHER, GUARDIAN, AND NEXT FRIEND OF WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–1111. HARRELL, BY HER PARENTS, HARRELL ET UX. v. WILSON COUNTY SCHOOLS ET AL. Ct. App. N. C. Certiorari denied.

No. 82–1112. KLINE v. CITY OF FAIRFAX, VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 82–1114. ROSE, AS NEXT FRIEND OF ROSE v. NEBRASKA ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–1117. JAMROCH v. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–1119. WILLIS v. MUSE ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1124. TAYLOR ET AL. v. TRACOR MARINE, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–1132. SALDANA v. GARZA ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1133. LOWENTHAL ET AL. v. ROME, PERSONAL REPRESENTATIVE OF THE ESTATE OF LOWENTHAL, ET AL. Ct. App. Md. Certiorari denied.

No. 82–1138. VOLVO OF AMERICA CORP. ET AL. v. ROSACK. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 82–1142. SHARON STEEL CORP. ET AL. v. CHASE MANHATTAN BANK, N. A., ET AL. C. A. 2d Cir. Certiorari denied.